MEMORANDUM OPINION




No. 04-08-00644-CV


IN RE CAROL WALKER AS INDEPENDENT 

ADMINISTRATRIX WITH WILL ANNEXED, OF THE ESTATE OF

GERTRUDE C. JOHNSTON, DECEASED

Original Mandamus Proceeding (1)


 

PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: December 17, 2008


PETITION FOR WRIT OF MANDAMUS DENIED

 On August 22, 2008, relator filed a petition for a writ of mandamus. The court has 
considered relator's petition and is of the opinion that relator is not entitled to the relief sought. 
Accordingly, the petition for a writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a). PER CURIAM

1. This proceeding arises out of Cause No. 2005-PC-1744, styled Carol Walker as Administratrix of the Estate
of Gertrude C. Johnston With Will Annexed, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly
Jackson Spencer presiding.